AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

ALEJANDRO ROSA

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1637-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 23, 2003 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) alter with intent to use a passport or instrument purporting to be a passport and willfully and knowingly used or attempted to use an altered passport or instrument purporting to be a passport

in violation of Title 18 United States Code, Section(s) 1543

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:
                        Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

2-11-04                         at   Boston, MA
Date                                   City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE        _____
Name & Title of Judicial Officer       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.