## AFFIDAVIT HERMAN L. ARNOLD

I, Herman L. Arnold, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since August 2002. As part of my official duties, I am responsible for investigating criminal violations relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made in order to illegally obtain passports and visas.

2. The information set forth on this affidavit is based on my investigation, as well as information provided by the United States Department of State, Diplomatic Security Service, New York Field Office (NYFO), and officials of the Everett Police Department (EPD), Everett, Massachusetts. This affidavit does not contain all of the information known to me and other law enforcement officials concerning this investigation, but only those facts I believe are sufficient to establish probable cause in support of a criminal complaint and the issuance of an arrest warrant charging Alejandro ROSA, ("Rosa"), with altering with intent to use a passport, and using an altered passport, in violation of Title 18, United States Code § 1543.

3. On July 23, 2001, an individual who was later identified as Rosa was arrested in Everett, Massachusetts, for possession of heroin with intent to distribute, possession with intent to distribute in a school zone, and possession of marijuana. Upon arrest, Rosa identified himself as DANIEL FELICIANO. He presented a United States Passport bearing the name DANIEL FELICIANO (passport #112489164) to Everett Police Detective Cook. The picture in the passport was a picture of Rosa. Detective Cook later determined the true identity of the individual to be Alejandro ROSA. (Rosa was born on June 24, 1974 in the Dominican Republic).

4. According to the U.S. Department of State, NYFO agents positively identified the passport presented to Detective Cook by Rosa (passport #112489164) as belonging to Daniel FELICIANO. FELICIANO submitted an application for a U.S. Passport (a DSP-11) at the New York Passport Agency on December 13, 1999. FELICIANO was issued U.S. Passport #112489164 based on his DSP-11. FELICIANO stated he reported his passport lost/stolen to the New York City Police Department in 2002. FELICIANO was shown, and stated he did not recognize, the individual depicted in a copy of the altered U.S. Passport presented by Rosa to Detective Cook. A copy of pages 1-2 of the passport presented to Detective Cook by Rosa (including the passport picture) is attached as Exhibit A.

5. A search of the State of Massachusetts Registry of Motor Vehicles (RMV) records revealed a Massachusetts drivers license in the name of ROSA, Alejandro, (DOB: 06/24/1974) and an address of 7 Central Square Apt #503, Lynn, MA. The drivers license has a photograph that, in my opinion, positively matches the photograph in the altered U.S. Passport (112489164). A copy of ROSA's drivers license photo is attached as Exhibit B.

6. Based upon the preceding information, I believe that probable cause exists to conclude that Alejandro ROSA altered with intent to use a U.S. Passport issued to Daniel FELICIANO, and did use or attempt to use such altered passport, in violation of Title 18, United States Code § 1543.

Signed under the pains and penalties of perjury this _____ day of February, 2004.

_____
Herman L. Arnold
Special Agent
U.S. Department of State
Diplomatic Security Service


Subscribed and sworn to before me this 11th day of February, 2004.

_____
CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE



Case 1:04-mj-01637-CBS    Document 2    Filed 02/11/2004    Page 4 of 9

*[illegible italic English text]*
*...respect ... whom it may concern ... ... ... ... national of the United States ... ... ... ... without delay or hindrance and ... ... ... ... give all lawful aid and protection.*

*Le Secrétaire d'État*
*... Etats-Unis d'Amérique*
*pri... par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED



UNITED STATES OF AMERICA

P     112489164

FELICIANO
DANIEL

UNITED STATES OF AMERICA

20 MAY/MAI 76
M     NEW YORK, U.S.A.
19 JAN/JAN 01     18 JAN/JAN 11
PASSPORT AGENCY
NEW YORK                    24

P&lt;USAFELICIANO&lt;&lt;DANIEL&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;
1124891642USA7605208M1101188&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;2



| Massachusetts | CORI IMAGE |
|---|---|

| 06-25-1974 | M | 5'11" | 029768596 | 029768596 |
|---|---|---|---|---|
| Date of Birth | Sex | Height | Number | Social Security Number |



Alfonsro Rosa

09-27-1999
Image Date:

08-27-2003
Printing Date:

**ALEJANDRO ROSA**

Mailing Address:

7 CENTRAL SQ APT 503

LYNN, MA 01901-1327

Residential Address:

7 CENTRAL SQ APT 503

LYNN, MA 01901-1327

*[handwritten annotations:]* 40 — 1st Apt Brick — 580 Salem St #23 — Wakefield — white mini van

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DSS

**City** Everett  **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Alejandro Rosa  Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: _____

Birth date (Year only): 1974  SSN (last 4 #): ____  Sex ___  Race: ____  Nationality: ____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Christopher F. Bator  Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No  List language and/or dialect: Spanish

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____  **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):**  _____

**Name of Defendant**      Alejandro Rosa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1543 | Altering with intent to use and using an altered passport | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

_____

js45.wpd - 1/15/04 (USAO-MA)