AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

ALEJANDRO ROSA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1637-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ALEJANDRO ROSA _____
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

altering with intent to use a passport or instrument purporting to be a passport and willingly and knowingly using or attempting to use an altered passport or instrument purporting to be a passport

in violation of
Title _____ 18 _____ United States Code, Section(s) 1543

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_Signature of Issuing Officer_

2-11-04   Boston, MA
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY Dept. M/State |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/25/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.