# United States District Court
## District of New Jersey

FILED
IN CLERK'S OFFICE
2004 APR 15 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| ALEJANDRO ROSA | 04-7040 |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | District of New Jersey | Mag. No. 04-1637-CBS |

| CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN INDICTMENT |  |
|---|---|
| charging a violation of | 18 U.S.C. §1543 |
| DISTRICT OF OFFENSE: | District of Massachusetts |
| DESCRIPTION OF CHARGES: | Forgery or False Use of a Passport |

**Current Bond Status:**

__ Bail fixed at _____ and conditions were not met
__ Government moved for detention and defendant detained after hearing in District of Arrest.
_X_ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

Representation: __ Retained own counsel  _X_ Federal Defender Organization  __ CJA Attorney  __ None

Interpreter Required?  __ No  _X_ Yes        Language: _____Spanish_____

**DISTRICT OF NEW JERSEY**

TO: THE UNITED STATES MARSHAL

Your are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 24, 2004
Date

Hon. Susan D. Wigenton, United States Magistrate Judge

**RETURN**

This Commitment was received and executed as follows:

| THIS COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# COMMITMENT

**United States District Court**

| | DISTRICT | FILED |
|---|---|---|
| UNITED STATES OF AMERICA V. *Alejandro Rosa* | DOCKET NO. | MAR 24 2004 |
| | MAGISTRATE CASE NO. *04-7040* | SUSAN D. WIGENTON U.S. MAG. JUDGE |

The above named defendant was arrested upon the complaint of

charging a violation of *18* U.S.C. § *1543*

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|

DESCRIPTION OF CHARGES:

BOND IS FIXED AT *Detention — Deft return to Dist of Mass*

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

*March 24, 2004*                           [signature]
Date                                       United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |

FILED
MAR 24 2004
SUSAN D. WIGENTON
U.S. MAG. JUDGE

HON. SUSAN D. WIGENTON
UNITED STATES MAGISTRATE JUDGE

Mag/Cr. # 04-7040
TAPE # CRB/2004

USA v. Alejandro Rojas     Date: 3/24/04

T. 18 USC 1543 Fraud/use of Passport APPEAR R40/mass

COMPLT / INFORMA . Filed _____     ORD. OF RELEASE _____

WARR. ISSUED _____     SURETY _____

DEFT. ARRESTED _____     3RD. PARTY CUSTOD. _____
RULE 40 __X__

FINANC. AFFIDAVIT __X__     DEFT. REMANDED __X__

ORD APPOINTING  FPD __X__
                                            VIOL OF SUPV. REL _____

CJA APPOINTMENT _____

INTERPRETER SWORN                        VIOL OF PROB. _____

_____                                   REVOCATION HRG _____

INITIAL APPEAR __X__                     CONSENT TO MAG _____

BAIL SET ____ BAIL DENIED ____           PLEA: ____ GUILTY ____ N.G.

PRE LIM WAIVED ____ SET ____             TRIAL SET FOR _____

APPEAR BOND ____ Co Signer ____          SENTENCE SET FOR _____

AUSA Grace Parks     DEFENSE Stacy Biancamano
                                          FPD

Interpreter sworn/Deft advised
Financial affidavit submitted
Fed Pub Defender appointed
Ordered Deft remanded
AUSA to submit Ord. (Comm. to Another dist)

(1)

FILED

MAR 24 2004

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SUSAN D. WIGENTON
U.S. MAG. JUDGE

| UNITED STATES OF AMERICA | MAGISTRATE NO. |
|---|---|
| | 04-1040 |
| v. | |
| *Alejandro Rosa* | ORDER |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel

IT IS ON THIS _24th_ DAY OF _March_, 2004

ORDERED that the FEDERAL PUBLIC DEFENDER Organization for the District of New Jersey is hereby appointed to represent said defendant in the cause until further ORDER of the Court.

HON. SUSAN D. WIGENTON
U.S. MAGISTRATE JUDGE

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**FILE COPY**

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ V.S. _____
FOR _____
AT _____

**LOCATION NUMBER:** _____

PERSON REPRESENTED (Show your full name): **Alejandro Rosa**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: TNI Exterminator Chelsea, MA
IF YES, how much do you earn per month? $ 1,200.00
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____     SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____  DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 200.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X *Alejandro Rosa*

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ALEJANDRO ROSA

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1637-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 23, 2003** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) alter with intent to use a passport or instrument purporting to be a passport and willfully and knowingly used or attempted to use an altered passport or instrument purporting to be a passport

in violation of Title **18**, United States Code, Section(s) **1543**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Date: **2-11-04**    at

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

FROM DIPLOMATIC SECURITY-BOSTON    Case 1:04-mj-00670-CBS    Document 4    Filed 04/15/2004    Page 7 of 13    (MON) 2. 23' 04 14:06/ST. 14:05/NO. 4865091968 P 6

04-1657-CBS

## AFFIDAVIT HERMAN L. ARNOLD

I, Herman L. Arnold, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since August 2002. As part of my official duties, I am responsible for investigating criminal violations relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made in order to illegally obtain passports and visas.

2. The information set forth on this affidavit is based on my investigation, as well as information provided by the United States Department of State, Diplomatic Security Service, New York Field Office (NYFO), and officials of the Everett Police Department (EPD), Everett, Massachusetts. This affidavit does not contain all of the information known to me and other law enforcement officials concerning this investigation, but only those facts I believe are sufficient to establish probable cause in support of a criminal complaint and the issuance of an arrest warrant charging Alejandro ROSA, ("Rosa"), with altering with intent to use a passport, and using an altered passport, in violation of Title 18, United States Code § 1543.

3. On July 23, 2001, an individual who was later identified as Rosa was arrested in Everett, Massachusetts, for possession of heroin with intent to distribute, possession with intent to distribute in a school zone, and possession of marijuana. Upon arrest, Rosa identified himself as DANIEL FELICIANO. He presented a United States Passport bearing the name DANIEL FELICIANO (passport #112489164) to Everett Police Detective Cook. The picture in the passport was a picture of Rosa. Detective Cook later determined the true identity of the individual to be Alejandro ROSA. (Rosa was born on June 24, 1974 in the Dominican Republic).

4. According to the U.S. Department of State, NYFO agents positively identified the passport presented to Detective Cook by Rosa (passport #112489164) as belonging to Daniel FELICIANO. FELICIANO submitted an application for a U.S. Passport (a DSP-11) at the New York Passport Agency on December 13, 1999. FELICIANO was issued U.S. Passport #112489164 based on his DSP-11. FELICIANO stated he reported his passport lost/stolen to the New York City Police Department in 2002. FELICIANO was shown, and stated he did not recognize, the individual depicted in a copy of the altered U.S. Passport presented by Rosa to Detective Cook. A copy of pages 1-2 of the passport presented to Detective Cook by Rosa (including the passport picture) is attached as Exhibit A.

2

5. A search of the State of Massachusetts Registry of Motor Vehicles (RMV) records revealed a Massachusetts drivers license in the name of ROSA, Alejandro, (DOB: 06/24/1974) and an address of 7 Central Square Apt #503, Lynn, MA. The drivers license has a photograph that, in my opinion, positively matches the photograph in the altered U.S. Passport (112489164). A copy of ROSA's drivers license photo is attached as Exhibit B.

6. Based upon the preceding information, I believe that probable cause exists to conclude that Alejandro ROSA altered with intent to use a U.S. Passport issued to Daniel FELICIANO, and did use or attempt to use such altered passport, in violation of Title 18, United States Code § 1543.

Signed under the pains and penalties of perjury this _____ day of February, 2004.

Herman L. Arnold
Special Agent
U.S. Department of State
Diplomatic Security Service

Subscribed and sworn to before me this ____ day of February, 2004.

CHARLES B. SWARTWOOD
UNITED STATES

3

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



PASSPORT
UNITED STATES OF AMERICA
Type/Type: P
Code of issuing country: USA
PASSPORT NO.: 112489164
Surname/Nom: FELICIANO
Given names/Prénoms: DANIEL
Nationality: UNITED STATES OF AMERICA
Date of birth: 20 MAY/MAI 76
Sex: M
Place of birth: NEW YORK, U.S.A.
Date of issue: 19 JAN/JAN 01
Date of expiration: 18 JAN/JAN 11
Authority: PASSPORT AGENCY NEW YORK
Amendments/Modifications: SEE PAGE 24

P<USAFELICIANO<<DANIEL<<<<<<<<<<<<<<<<<<<<<<<
1124891642USA7605208M1101188<<<<<<<<<<<<<<<2

Massachusetts — CORI IMAGE

| 06-25-1974 | M | 5'11" | 029768596 | 029768596 |
|---|---|---|---|---|
| Date of Birth | Sex | Height | Number | Social Security Number |



Alfonso Rosa   09-27-1999   08-27-2003
                Image Date:   Printing Date:

**ALEJANDRO ROSA**

Mailing Address:
7 CENTRAL SQ APT 503
LYNN, MA 01901-1327

Residential Address:
7 CENTRAL SQ APT 503
LYNN, MA 01901-1327

*(handwritten notes: 1st Apt Brick / 40 / 580 Salem St #23 / Wakefield / white mini van)*



U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*    *(973) 645-2700*
*Newark, NJ 07102*

## FACSIMILE TRANSMISSION COVER SHEET

FROM:   **GRACE PARK**
Assistant U.S. Attorney
Criminal Division - Violent Crimes Unit
U.S. ATTORNEY'S OFFICE
970 BROAD STREET, RM. 502
NEWARK, NEW JERSEY 07102

TELEPHONE:   (973) 645-2718
FAX:         (973) 645-3316
             or -2702

TO:      Ellen McMurray
         Judge Wigenton

FAX NO.:  973-645-3843

DATE:     March 24, 2004

NUMBER OF PAGES TO FOLLOW: 7

CONTENTS:

THIS TRANSMISSION FROM THE UNITED STATES ATTORNEY'S OFFICE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY LISTED ON THIS TRANSMITTAL COVER SHEET AND MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS FACSIMILE, THE DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THE INFORMATION IT CONTAINS IS PROHIBITED. IF THIS TRANSMISSION HAS BEEN SENT OR DIRECTED TO YOU IN ERROR PLEASE CALL THE SENDER IMMEDIATELY AT 973-645-2896 TO ARRANGE FOR ITS RETURN. THANK YOU.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

ALEJANDRO ROSA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1637-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ALEJANDRO ROSA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

altering with intent to use a passport or instrument purporting to be a passport and willingly and knowingly using or attempting to use an altered passport or instrument purporting to be a passport

in violation of
Title __18__ United States Code, Section(s) __1543__

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2-11-04 @ Boston, MA
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Form was electronically produced by Elite Federal Forms, Inc.