UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 MAY -7 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES

V.

CASE NO. 04-1637-CBS

ALEJANDRO ROSA

## ENTRY OF APPEARANCE

Now comes the undersigned and enters his appearance as counsel of record on behalf of the Defendant, Alejandro Rosa, in the above-entitled cause.

Respectfully Submitted,

*Raymond Buso*
Raymond Buso
BBO # 067680
15 Church Street
Salem, MA 01970
(978) 744-8500

Dated: May 6, 2004