UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 04-1637-CBS |
| | ) | |
| ALEJANDRO ROSA | ) | |

### ASSENTED-TO MOTION TO CONTINUE

The United States, with the assent of the defendant, moves to continue the detention and probable cause hearing scheduled for May 11, 2004, until May 21, 2004, or thereafter as determined by the Court.  In support of its motion the government says:

1.  The defendant has been arrested and, to-date, detained on separate federal drug charges.

2.  The parties agree to exclude all time until the date of the hearing from speedy trial calculations.

3.  The defendant assents to the motion.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                            By: /s/CHRISTOPHER F. BATOR
                                Assistant U.S. Attorney

                                Date:

Assented-to:

Alejando Rosa,
by his counsel

/s/Raymond Buso, Esq.
15 Church Street
Salem, MA 01970

1

## CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Raymond Buso, Esq., 15 Church Street, Salem, MA 01970 by e-file notice.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: