UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>ALEJANDRO ROSA          ) | CRIMINAL NO. 04-1637-CBS |

**DISMISSAL OF COMPLAINT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby dismisses the Complaint in the above-captioned case.  As grounds for this dismissal, the government states that the defendant is also charged in another, different criminal case pending before the Court.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                      By:
                                          /s/JAMES B. FARMER
                                          Chief, Criminal Division

                                          STEPHEN P. HEYMANN
Leave to file Granted:                    Deputy Chief, Criminal Division


_____
CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

Date: